### Commonwealth *v.* Seymour, Appellant.

Submitted March 21, 1969. *Joseph T. McGraw*, Public Defender, for appellant; *Robert W. Munley*, Assistant District Attorney, and *Joseph J. Cimino*, District Attorney, for Commonwealth, appellee.

Order affirmed.